IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY JOHN VICKROY,

    Plaintiff,

vs.                                       No. CIV 17-0705 KG/KBM

STATE OF NEW MEXICO, *et al.,*

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On May 4, 2018, Defendants filed their Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Discovery Obligations (Doc. 39). On June 4, 2018, Defendants filed their Notice of Briefing Complete notifying the Court that Plaintiff has not filed a response to the Motion within fourteen (14) calendar days after service of the Motion as required by D.N.M.LR 7.4(a), and that their Motion is fully briefed and ready for decision. (Doc. 40). All deadlines in the Magistrate Judge's Scheduling Order entered on November 3, 2017, have expired. *See* (Doc. 22).

IT IS THEREFORE ORDERED that, within fourteen (14) days of entry of this Order, Plaintiff Timothy John Vickroy shall show cause, in a written response, why the Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Discovery Obligations (Doc. 39) should not be granted and why this case shall not be dismissed.

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE