IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY JOHN VICKROY,

    Plaintiff,

vs.                                                                                Civ. No. 17-705 KG/KBM

STATE OF NEW MEXICO, *et al.,*

    Defendants.

## FINAL ORDER OF DISMISSAL

This matter comes before the Court upon its Order to Show Cause, entered June 25, 2018. (Doc. 41). The Order to Show Cause requires

> that, within fourteen (14) days of entry of this Order, Plaintiff Timothy John Vickroy shall show cause, in a written response, why the Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Discovery Obligations (Doc. 39) should not be granted and why this case shall not be dismissed.

*Id.* Plaintiff filed a timely written response to the Order Show Cause in which he makes several meritless arguments in support of a default judgment or summary judgment against the City of Albuquerque Defendants. (Doc. 43). Those arguments, however, do not address the subject matter of the Order to Show Cause: "why the Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Discovery Obligations (Doc. 39) should not be granted and why this case shall not be dismissed." (Doc. 41). In other words, Plaintiff does not provide any cause for his failure to comply with discovery obligations nor does he provide cause for maintaining this lawsuit despite the failure to comply with discovery obligations. Having failed to show the required cause under the Order to Show Cause, the Court determines that this lawsuit is subject to dismissal without prejudice for failure to comply with discovery obligations.

IT IS, THEREFORE, ORDERED that this lawsuit is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE